**Fill in this information to identify the case:**

Debtor 1 ELIZABETH ANN HUBBS

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern    District of California
(State)

Case number 19-00654-LST-13

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** FLAGSTAR BANK, FSB

**Court claim no.** (if known): 12-1

**Last four digits** of any number you use to identify the debtor's account: 0 9 9 8

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ____ ____ _____

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 4/16/19 | (5) | $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: 410A | 4/2/19 | (11) | $ 250.00 |
| 12. Other. Specify: Plan Review | 2/21/19 | (12) | $ 350.00 |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

Debtor 1  ELIZABETH ANN HUBBS
         First Name    Middle Name    Last Name

Case number (if known) 19-00654-LST-13

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your ddress and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ DARLENE C. VIGIL
   Signature

Date  06/05/2019

Print:  DARLENE C.          VIGIL
        First Name    Middle Name    Last Name

Title  ATTORNEY FOR CREDITOR

Company  BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

Address  20955 PATHFINDER ROAD SUITE 300
         Number          Street
         DIAMOND BAR, CALIFORNIA 91765
         City                State        ZIP Code

Contact phone  (626) 915-5714

Email  SDCAECF@BDFGROUP.COM

# CERTIFICATE OF SERVICE

I hereby certify that on June 05, 2019, a true and correct copy of the Notice of Post Petition Mortgage Fees, Expenses and Charges was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

BY: /s/ DARLENE C. VIGIL                              06/05/2019
DARLENE C. VIGIL
CA NO. 223442
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
Phone: (626) 915-5714, Fax: (972) 661-7726
E-mail: SDCAECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
ELIZABETH ANN HUBBS
337 MONTE VISTA WAY
OCEANSIDE, CA 92057

ELIZABETH ANN HUBBS
337 MONTE VISTA WAY
OCEANSIDE, CA 92057-6518

**DEBTOR'S ATTORNEY:**
JONATHAN P. BECK
1930 S. COAST HIGHWAY
#204
OCEANSIDE, CA 92054

**TRUSTEE:**
DAVID L. SKELTON
525 B. STREET, SUITE 1430
SAN DIEGO, CA 92101